## DECLARATION OF MANAGING MEMBER OF JO & MIKE PROPERTIES, LLC

I Michael Moore am over the age of 18, and I am competent to make this declaration. This declaration is made based on personal knowledge. I am the managing member of Jo & Mike Properties, L.L.C. ("Debtor"). I have reviewed the books and records of Debtor, and no balance sheet, statement of operations, or cash-flow statement has been prepared

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2018

By _____
Managing Member