**Fill in this information to identify the case:**

Debtor name __Jo & Mike Properties, LLC__

United States Bankruptcy Court for the:_____    District of _____
                                                                                         (State)

Case number (If known): _____    Chapter _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Mortgage on office building | Loan Acquisitions Company, 9126 SW Ridder Road<br>Wilsonville, Or 97070 |
| State the term remaining | Accelerated do to death of member | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Net Net Lease | MJ Moore & Associates, 6490 W Desert Inn, Rd, Las Vegas<br>Nevada 89146 |
| State the term remaining | Month to Mont | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    page 1 of ___

Debtor  __Jo & Mike Properties, LLC__  Case number (*if known*) 18-17271 _____
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._ **State what the contract or lease is for and the nature of the debtor's interest**
    **State the term remaining**
    **List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**
    **State the term remaining**
    **List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**
    **State the term remaining**
    **List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**
    **State the term remaining**
    **List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**
    **State the term remaining**
    **List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**
    **State the term remaining**
    **List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**
    **State the term remaining**
    **List the contract number of any government contract**

Official Form 206G      Schedule G: Executory Contracts and Unexpired Leases      page____of ____