**Fill in this information to identify the case:**

Debtor name   Jo & Mike Properties. LLC

United States Bankruptcy Court for the: _____   District of _____
                                                                 (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Estate Jo Ann Johannessen | c/o Bridgitte Higgins, 10777 W. Twain Ave, Las Vegas Nevada 89135 | Loan Acquisitions Co. | x  D<br>☐ E/F<br>☐ G |
| 2.2 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | | ☐ D<br>☐ E/F<br>☐ G |

Debtor    Jo & Mike Properties, LLC                                                    Case number (*if known*) 18-17271
          Name

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2._ _____ | Street _____ <br> City ____ State ____ ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2._ _____ | Street _____ <br> City ____ State ____ ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2._ _____ | Street _____ <br> City ____ State ____ ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2._ _____ | Street _____ <br> City ____ State ____ ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2._ _____ | Street _____ <br> City ____ State ____ ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2._ _____ | Street _____ <br> City ____ State ____ ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2._ _____ | Street _____ <br> City ____ State ____ ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2._ _____ | Street _____ <br> City ____ State ____ ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Official Form 206H                    Schedule H: Codebtors                    page____of ____