## ACTION BY WRITTEN CONSENT
## MANAGING MEMBER OF JO&
## MIKE PROPERTIES, LLC
a Wyoming limited liability Co

Effective as of December 10, 2018

The undersigned is the sole manager of Jo & Mike Properties, LLC ("Company") and has the sole right to manage the affair of the:

**Whereas**: The company is having difficulty meeting its obligations as they come due, the manager finds that it is in the best interest of the Company and creditors to place company into Chapter 11 Bankruptcy protection.

By: *[signature]*

Its: *Managing Member*

t

-1-