1  LAW OFFICES OF BYRON THOMAS
   BYRON E. THOMAS, ESQ.
2  Nevada Bar No. 8906
3  3275 S. Jones Blvd., Suite 104
   Las Vegas, NV 89146
4  Telephone No. (702) 347-3103
   Email: byronthomaslaw@gmail.com
5  *Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No.  18-17271 |
|---|---|
| JO & MIKE PROPERTIES, LLC., | Chapter Number:  11 |
| Debtor. | |

**LIST OF EQUITY SECURITY HOLDERS**

MIKE MOORE, Member,  and 50%  OWNER

THE ESTATE JO ANN JOHANNESSEN Disassociated Member 50% Owner

4841-7571-1576.1