Amy N. Tirre, Esq.
Law Offices of Amy N. Tirre
A professional Corporation
3715 Lakeside Drive, Suite A
Reno Nevada 89059

Todd Johannessen, Special Administrator of the Estate of Jo Ann Johannessen
c/o Brigid Higgins
Black & Lobello
10777 W. Twain Ave
Las Vegas Nevada 89135

National Loan Acquisitions Company
9126 SW Ridder Rd
Wilsonville, Or 97070