NVB 5075 (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                                BK−18−17271−mkn
                                                      CHAPTER 11
JO & MIKE PROPERTIES, LLC

           Debtor(s)        NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *14* – Resolution of Board of Directors Filed by BYRON E. THOMAS on behalf of JO & MIKE PROPERTIES, LLC (THOMAS, BYRON) |
| | *17* – Amendment to List of Creditors Filed by BYRON E. THOMAS on behalf of JO & MIKE PROPERTIES, LLC (THOMAS, BYRON) |
| Filed On: | 12/26/18 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has a missing or incorrect debtors name. Please file an amended pleading or file in correct case immediately.
* PDF is missing a case number or adversary number. Please file an amended pleading immediately.

Dated: 12/27/18

*Mary A. Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at http://www.nvb.uscourts.gov**