```
LAW OFFICES OF BYRON THOMAS
BYRON E. THOMAS, ESQ.
Nevada Bar No. 8906
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada  89146
Phone:    (702) 747-3103
Facsimile: (702) 543-4855
byronthomaslaw@gmail.com
Attorney for Debtor
```

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| In re: JO & MIKE PROPERTIES, LLC | ) BK Case No.: 18-17271-MKN <br> ) <br> ) Chapter: 11 <br> ) <br> ) ERRATA TO THE RESOLUTION OF JO <br> )    & MIKE PROPERTIES, LLC, TO <br> )    CORRECT DOCKETING ERROR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

    Comes now Debtor by and through its attorney and files this Errata to the Resolution Jo * Mike Properties, LLC to Correct Docketing Error.  See Dkt Entry # 17.  This filing includes the case caption and the resolution is attached as Exhibit "A."

    Date: January 14, 2019

                                          LAW OFFICES OF BYRON THOMAS

                                          /s/ Byron E. Thomas
                                          BYRON E. THOMAS, ESQ.
                                          Nevada Bar No. 8906
                                          3275 S. Jones Blvd. Ste. 104
                                          Las Vegas, Nevada  89146
                                          Phone:    (702) 747-3103
                                          Facsimile: (702) 543-4855
                                          Byronthomaslaw@gmail.com

s

EXHIBIT "A"

2

## ACTION BY WRITTEN CONSENT
## MANAGING MEMBER OF JO&
## MIKE PROPERTIES, LLC
a Wyoming limited liability Co

Effective as of December 10, 2018

The undersigned is the sole manager of Jo & Mike Properties, LLC ("Company") and has the sole right to manage the affair of the:

**Whereas**: The company is having difficulty meeting its obligations as they come due, the manager finds that it is in the best interest of the Company and creditors to place company into Chapter 11 Bankruptcy protection.

By: *[signature]*

Its: Managing Member

t

-1-