**LAW OFFICES OF BYRON THOMAS**
BYRON E. THOMAS, ESQ.
Nevada Bar No. 8906
3275 S. Jones Blvd. Ste. I 04
Las Vegas, NV 89146
Telephone: 702-747-3103
byronthomaslaw@gmail.com
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA
***

| | |
|---|---|
| In Re:<br><br>JO & MIKE PROPERTIES, LLC,<br><br><br>Defendant. | Case No.: bk-s-18-17271-MKN<br><br>Chapter 11<br><br>**EX PARTE MOTION FOR REDACTION OF PRIVATE INFORMATION** |

    Debtor by and through its counsel the Law Offices of Byron Thomas Ex Parte Motion for Redaction of Private Information   (the "the Motion").

## POINTS AND AUTHORITIES

Document identified with Docket No. 1-1 filed in the instant case contains private information that was inadvertently not redacted. LR 9037 allows a party to redact the information from the publicly accessed electronic data base:

> (b) **Procedure to redact protected private information from documents other than transcripts.** If a document other than a transcript is filed that discloses protected private information, a party seeking to redact that information from the publicly accessed electronic docket may file an ex parte motion accompanied by a proposed order. When the proposed order is submitted, a redacted copy of the document must be attached to the order.

/ //

I //

// /

/ //

// /

Debtor respectfully requests that the Court grant the Motion and allow for the redaction of the Document identified as Docket No. 1-1.

Dated this 18 th day of January 2019.

**LAW OFFICES OF BYRON THOMAS**



Byron E. Thomas, Esq.
Nevada Bar  8906
3275 S. Jones Blvd. Ste. 104
Las Vegas. Nevada 89146
Phone:(702) 747-3103
Attorney for Debtor