

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 14, 2019

_____

LAW OFFICES OF AMY N. TIRRE,
A Professional Corporation
AMY N. TIRRE, ESQ.  #6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
Telephone: (775) 828-0909
Facsimile: (775) 828-0914
E-mail:  amy@amytirrelaw.com

Counsel for National Loan Acquisitions Company

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In Re:<br><br>JO & MIKE PROPERTIES, LLC,<br><br>             Debtor. | Case No. BK-S-18-17271-mkn<br><br>Chapter 11<br><br>**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**<br><br>Hearing Date:  February 6, 2019<br>Hearing Time:  9:30 a.m. |
|---|---|

       This matter having come before the Court pursuant to National Loan Acquisitions Company's ("NLAC") *Motion for Relief from the Automatic Stay* (Doc. 20) ("Motion"), NLAC appearing through its counsel, Amy N. Tirre, Esq.; Byron Thomas, Esq., appearing for Debtor Jo & Mike Properties, LLC ("Debtor"); and the Court having considered the pleadings and papers on file herein and the arguments of counsel and having stated its findings of fact and conclusions of law on the record in open court pursuant to Federal Rule of Civil Procedure 52, made applicable by Federal Rule of Bankruptcy Procedure 7052 and good cause appearing,

1

IT IS HEREBY ORDERED that the Motion is GRANTED and NLAC may proceed with any and all of its state law remedies, including, but not limited to, foreclosure.

IT IS FURTHER ORDERED that this Order shall become effective upon entry and is not subject to the fourteen (14) day stay of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

IT IS FURTHER ORDERED that the Motion is granted without any prejudice to Debtor to avail itself of its rights and remedies in state court.

Submitted by:

LAW OFFICES OF AMY N. TIRRE,
A Professional Corporation

By: /s/ Amy N. Tirre
AMY N. TIRRE, ESQ.

*Counsel for National Loan Acquisitions Company, LLC*

Approved/Disapproved:

LAW OFFICES OF BYRON THOMAS

By: _____
BYRONT THOMAS

*Counsel for Jo & Mike Properties, LLC*

2

**ALTERNATIVE METHOD RE: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐ The Court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

X  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the documents]:

- Byron E. Thomas –  Approved

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR9014(g), and that no party has objected to the form or content of the order.

###